**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 544 MAL 2017

           : 

           Respondent       : 

           :   Petition for Allowance of Appeal from

           :   the Order of the Superior Court

           v.          : 

           : 

           : 

JOHN JUNIOR TAYLOR,         : 

           : 

           Petitioner        : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.